**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1675**

CHARLES EDWARD WALKER,

                Plaintiff - Appellant,

      v.

FEDERAL RESERVE BANK OF RICHMOND,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., District Judge. (3:12-cv-00121-JAG)

Submitted: September 27, 2012      Decided: October 1, 2012

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Edward Walker, Appellant Pro Se. David E. Nagle, Crystal L. Norrick, JACKSON LEWIS, LLP, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Edward Walker appeals the district court's order dismissing his claims against the Federal Reserve Bank of Richmond and has filed a motion for appointment of counsel. Limiting our review to the issues raised in Walker's informal brief, see 4th Cir. R. 34(b), we deny Walker's motion for appointment of counsel and affirm the district court's order. See Walker v. Federal Reserve Bank, No. 3:12-cv-00121-JAG (E.D. Va. May 10, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED